# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CHARLOTTE M. RICHARDS,<br>    *Plaintiff*,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br>    *Defendant*. | § § § § § § § § § § | CIVIL ACTION No. 6:15-cv-474 |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Charlotte M. Richards initiated this civil action pursuant to Social Security Act, Section 205(g) for judicial review of the Commissioner's denial of Plaintiff's application for Social Security benefits. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Magistrate Judge issued a Report and Recommendation concluding that the decision of the Commissioner should be affirmed in part and reversed in part and the action be remanded to the Commissioner of the Social Security Administration for proceedings consistent with the Court's opinion.

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration (Doc. No. 15). The parties have made no objections to the Report and Recommendations. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

1

It is accordingly **ORDERED** that the decision of the Commissioner is **AFFIRMED IN PART** and **REVERSED IN PART** and remanded to the Commissioner of the Social Security Administration for proceedings consistent with the Court's opinion.

So **ORDERED** and **SIGNED** this **20** day of **July, 2016.**

_____
Ron Clark, United States District Judge